UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                      )
Amphastar Pharmaceuticals, Inc.       )
et al                                 )
              Plaintiff,              )        Civil Action No.
                                      )        1:16-cv-10112-NMG
                                      )
v.                                    )
                                      )
Momenta Pharmaceuticals, Inc. et al)
                                      )
              Defendant.              )
_____)

ORDER OF DISMISSAL

___Gorton   D.J.___

   In accordance with the Court's Order dated 7/27/2016 granting the defendant's motion to dismiss (dkt. no. 17), it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

___7/27/2016___                                By the Court,
     Date

                                               ___/s/ Stephanie Caruso___
                                                    Deputy Clerk