UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMPHASTAR PHARMACEUTICALS, INC. and INTERNATIONAL MEDICATION SYSTEMS, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> MOMENTA PHARMACEUTICALS, INC. and SANDOZ INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.: 1:16-cv-10112-NMG |

**PLAINTIFFS' MOTION TO EXCLUDE CERTAIN OPINIONS PROFFERED BY
LAUREN J. STIROH, ANNE LAYNE-FARRAR, AND MANSOOR KHAN**

Pursuant to Rule 702 of the Federal Rules of Evidence, Plaintiffs Amphastar Pharmaceuticals, Inc. and International Medication Systems, Ltd. (collectively, "Amphastar") hereby move to exclude certain opinions and statements disclosed by Lauren J. Stiroh, Anne Layne-Farrar, and Mansoor Khan on behalf of Momenta Pharmaceuticals, Inc. and Sandoz Inc. (collectively, "Defendants," individually, "Momenta" and "Sandoz").

In particular, in order to narrow the issues in this case for trial, Amphastar seeks to exclude 1) any opinions or statements by Drs. Stiroh, Layne-Farrar, and Khan contradicting the Court's judgment in *Momenta Pharm., Inc. v. Amphastar Pharm., Inc.*, Civ. Action No.: 1:11-cv-11681-NMG (D. Mass.), and 2) any opinions or statements from Drs. Stiroh and Layne-Farrar concerning the rules and practices of the United States Pharmacopeia ("USP") on the grounds that they are unqualified to opine on the rules and practices of an organization with which they have no experience.

In support of this Motion, Amphastar relies on Plaintiffs' Memorandum of Law in Support of Its Motion to Exclude Certain Opinions Proffered by Lauren J. Stiroh, Anne Layne-Farrar, and Mansoor Khan and the Declaration of Chul Pak, filed herewith.

## **REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), Plaintiffs respectfully request that this Court schedule oral argument for this motion.

Respectfully submitted,

AMPHASTAR PHARMACEUTICALS, INC. and INTERNATIONAL MEDICATION SYSTEMS, LTD.

By their attorneys,

/s/ *Chul Pak*
Chul Pak (*pro hac vice*)
cpak@wsgr.com
Wendy Huang Waszmer (*pro hac vice*)
wwaszmer@wsgr.com
Jeffrey C. Bank (*pro hac vice*)
jbank@wsgr.com
Wilson Sonsini Goodrich & Rosati, P.C.
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone:  (212) 497-7726
Facsimile:  (212) 999-5899

Seth C. Silber (*pro hac vice*)
ssilber@wsgr.com
Wilson Sonsini Goodrich & Rosati, P.C.
1700 K Street, N.W., Fifth Floor
Washington, D.C. 20006
Telephone:  (202) 973-8824
Facsimile:  (202) 973-8899

        Alan D. Rose
        adr@rose-law.net
        Meredith Wilson Doty
        mwd@rose-law.net
        ROSE, CHINITZ & ROSE
        One Beacon Street, 23rd Floor
        Boston, Massachusetts 02108
        Telephone:  (617) 536-0040
        Facsimile:  (617) 536-4400

Dated:  April 26, 2019

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

      I hereby certify that counsel for Plaintiffs Amphastar Pharmaceuticals, Inc. and International Medication Systems, Ltd. ("Plaintiffs") has conferred with counsel for Defendants Momenta Pharmaceuticals, Inc. and Sandoz Inc. ("Defendants") in an effort to narrow or resolve the issues raised in this motion. Defendants oppose this motion.

                                                /s/ *Chul Pak*
                                                Chul Pak


**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent via mail to those indicated as non-registered participants (if any) on April 26, 2019.

                                                /s/ *Chul Pak*
                                                Chul Pak